JS-6

ARASH SHIRDEL (SBN 247754)
**PACIFIC PREMIER LAW GROUP**
200 E. Sandpointe Ave, Suite 500
Santa Ana, CA 92707
949-629-3690
949-313-0995 – Facsimile
Ashirdel@pacificpremierlaw.com

Attorney for Plaintiff ELENA E. MOORE

CHRISTOPHER BEYER, SBN 213264
In-House Counsel for Credit Solutions Corp.
13520 Evening Creek Dr. N, Ste 500
San Diego, CA 92128
858-467-7272
Beychr@creditsolutionscorp.com

Attorney for Defendant
CREDIT SOLUTIONS CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA E. MOORE, an individual;<br><br>  Plaintiffs,<br><br>  vs.<br><br>CREDIT SOLUTIONS CORP., a California corporation;<br><br>  Defendants | CASE NO: 5:15-cv-02419-AB-KK<br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS CASE WITH PREJUDICE AS TO DEFENDANT CREDIT SOLUTIONS CORP.** |

1    PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED that
2 Defendant Credit Solutions Corp. is dismissed with prejudice.  Each party shall
3 bear his or its own costs and attorneys' fees.
4 **IT IS SO ORDERED.**

6 Date: February 14, 2017        _____
7                                HON. ANDRE BIROTTE JR.
                                 United States District Judge